# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRACY L. BIANCO, | ) |
| | ) |
| Plaintiff, | ) Civil Action File |
| v. | ) No. 1:21-cv-00521-JPB-RDC |
| | ) |
| NEOGENOMICS LABORATORIES, INC., | ) |
| | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tracy L. Bianco and Defendant Neogenomics Laboratories, Inc. file this stipulation of dismissal with prejudice of all claims raised in this action.  Each party shall bear its own costs, fees, and expenses.

Respectfully submitted this 16th day of July 2021.

| | |
|---|---|
| **Cheryl B. Legare** | **Bradley T. Adler** |
| Cheryl B. Legare | Bradley T. Adler |
| Georgia Bar No. 038553 | Georgia Bar No. 005525 |
| Legare, Attwood & Wolfe, LLC | Robert K. Young |
| 125 Clairemont Avenue, Suite 380 | Georgia Bar. No. 455566 |
| Decatur, Georgia 30030 | Freeman Mathis & Gary, LLP |
| (T) 470.823.4000 | 100 Galleria Parkway, Suite 1600 |
| | Atlanta, Georgia 30339-5948 |
| | (T) 770.818.0000 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRACY L. BIANCO, | ) |
| Plaintiff, | ) |
| vi. | ) Civil Action File |
| | ) No. 1:21-cv-00521-JPB-RDC |
| NEOGENOMICS LABORATORIES, INC., | ) |
| | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2021, I electronically filed the **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Bradley T. Adler
badler@fmglaw.com
Robert K. Young
ryoung@fmglaw.com

LEGARE, ATTWOOD & WOLFE, LLC

**Cheryl B. Legare**
Cheryl B. Legare
Georgia Bar No. 038533

cblegare@law-llc.com